UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ELLIOTT HIGGINS,<br><br>    Plaintiff,<br><br>v.<br><br>LOUIS RODRIGUEZ, et al.,<br><br>    Defendants. | 1:16-cv-00819-DAD-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS PAYMENT OF COURT FILING FEE<br>(ECF NO. 11)<br><br>ORDER VACATING ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS<br>(ECF NO. 4)<br><br>ORDER FOR CLERK TO SERVE COPY OF THIS ORDER ON DIRECTOR OF CDCR AND FINANCIAL DEPARTMENT |

    This action was dismissed on September 15, 2016. (ECF No. 10). Prior to the action being dismissed, Jonathan Higgins ("Plaintiff") filed an application to proceed in forma pauperis under 28 U.S.C. § 1915. (ECF No. 2). On June 15, 2016, the Court issued an order granting Plaintiff's application to proceed in forma pauperis and directing the California Department of Corrections and Rehabilitation ("CDCR") to collect monthly payments from Plaintiff's inmate trust account until the filing fee is paid in full. (ECF No. 4).

    On April 6, 2017, Plaintiff filed a motion to dismiss payment of Court filing fee. (ECF No. 11). Plaintiff states that this case was a duplicate case. (Id.). Plaintiff requests that he not be required to pay the filing fee for this case and a refund of any portion of the filing fee that he has paid thus far. (Id.).

    Plaintiff's motion will be granted. Plaintiff notified the Court that a duplicate case was filed (ECF No. 8), and this case was dismissed because it was duplicative of case 1:16-cv-

00804-DAD-SAB (ECF No. 10).  However, according to the Court's financial records, Plaintiff has not made any payments towards the filing fee in this case.  Accordingly, there is nothing to refund to Plaintiff.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to dismiss payment of Court filing fee is GRANTED;
2. Plaintiff does not have to pay the filing fee for this case;
3. The Court's order granting Plaintiff's application to proceed in forma pauperis and its order directing payment of inmate filing fee by California Department of Corrections are VACATED.  The Director of the CDCR is DIRECTED to stop deducting funds from Plaintiff's prison trust account for payment of the filing fee for this case; and
4. The Clerk of Court is directed to serve a copy of this order on:
    a. The Director of the CDCR, via CM/ECF; and
    b. The Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

Dated: **April 10, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE